# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR94-5708RJB |
| Plaintiff, | ORDER DENYING MOTION WITHOUT PREJUDICE |
| v. | |
| ERIC DETRICK McPHERSON, | |
| Defendant. | |

THIS MATTER comes before the Court on Mr. McPherson's Motion for Compassionate Release Via Reduction or Modification of Sentence Pursuant to 18 U.S.C. § 3582(1)(A)(i) for Extraordinary and Compelling Reasons or, Alternatively, the "Holloway Doctrine" (Dkt. 185). The Court is familiar with the records and file herein, the Defendant's motion, and the United States' Response to Motion for Reduction or Modification of Sentence (Dkt. 187).

For the reasons stated in the United States' response, Mr. McPherson's motion should be denied without prejudice.

ORDER DENYING MOTION WITHOUT PREJUDICE - 1

As indicated in the United States' response, § 403 of the First Step Act does not apply retroactively to defendants, like Mr. McPherson, who were sentenced before the effective date fo the statute, and does not provide any relief to Mr. McPherson.

Section 401 of the First Step Act permits a reduction in sentence, but only if certain preliminary steps are taken. Those steps are outlined in the United States' response and the denial without prejudice herein will give Mr. McPherson the opportunity to renew his motion in the future after satisfying the prerequisites.

The so-called Holloway Doctrine referred to by Mr. McPherson is based on the personal actions of the sentencing judge and the United States Attorney and are not generally applicable to other defendants such as Mr. McPherson. The so-called Holloway Doctrine provides no relief.

For the foregoing reasons, the Motion for Compassionate Release Via Reduction or Modification of Sentence Pursuant to 18 U.S.C. § 3582(1)(A)(i) for Extraordinary and Compelling Reasons or, Alternatively, the "Holloway Doctrine" (Dkt. 185) is DENIED WITHOUT PREJUDICE.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of October, 2019.

ROBERT J. BRYAN
United States District Judge

ORDER DENYING MOTION WITHOUT PREJUDICE - 2